UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LADONA ROBINSON,

                Plaintiff,                Case No.  5:05cv165

v.                                           Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on November 14, 2006.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 14, 2006, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that the Commissioner's decision is **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to re-evaluate the functional limitations posed by plaintiff's obesity, and if necessary, to reconsider plaintiff's residual functional capacity.

                                                        /s/Gordon J. Quist
                                                        Hon. Gordon J. Quist
                                                        U.S. District Judge

Dated:  November 28, 2006